Clifford Eugene DAVIS, Jr., et al.,
Appellants,

v.

EAST BATON ROUGE PARISH
SCHOOL BOARD et al.,
Appellees.

No. 23116.

United States Court of Appeals
Fifth Circuit.

Jan. 10, 1967.

A. P. Tureaud, New Orleans, La., Norman Amaker, James M. Nabrit, III, New York City, for appellant.

John F. Ward, Jr., and Burton, Roberts & Ward, Baton Rouge, La., for appellees.

Before WISDOM and THORNBERRY, Circuit Judges, and COX,* District Judge.

PER CURIAM:

The school desegregation plan approved by the district court in this case fails in several important respects to meet the standards established by this Court in United States and Linda Stout v. Jefferson County Board of Education, 372 F.2d 836, decided this day.

The order of the district court approving the plan is therefore vacated. The case is remanded to the district court for further consideration in light of *Jefferson.*

James P. MOZINGO, III, Appellant,

v.

LANCASTER COUNTY NATURAL GAS
AUTHORITY, Appellee.

In re: Outstanding Bonds, Series of 1957, 1958 and 1959, Payable Solely From Revenues.

No. 10908.

United States Court of Appeals
Fourth Circuit.

Argued Jan. 10, 1967.

Decided Feb. 9, 1967.

D. Kenneth Baker, Darlington, S. C. (James P. Mozingo, III, Darlington, S. C., on brief), for appellant.

C. W. F. Spencer, Jr., Rock Hill, S. C. (Huger Sinkler, Charleston, S. C., on brief), for appellee.

Before SOBELOFF, J. SPENCER BELL and CRAVEN, Circuit Judges.

PER CURIAM:

After careful consideration of the contentions advanced in this appeal, we are of the opinion, for the reasons set forth in our opinion in the companion case of Mozingo v. York County Natural Gas Authority, 352 F.2d 78 (4 Cir. 1965), that the order of the district court should be affirmed, and the same is hereby

Affirmed.

* William Harold Cox, U. S. District Judge for the Southern District of Mississippi, sitting by designation.